(128 So. 913)

**Willie BERRY v. STATE.**
**7 Div. 656.**

Court of Appeals of Alabama.
June 10, 1930.

BRICKEN, P. J.
Appeal dismissed.

(120 So. 923)

**Benjamin Hudson BETHANY v. STATE.**
**(3 Div. 610.)**

Court of Appeals of Alabama.   Feb. 5, 1929.

RICE, J.   Affirmed.

(119 So. 919)

**L. N. BETTS v. STATE.   (3 Div. 622.)**

Court of Appeals of Alabama.   Jan. 22, 1929.

SAMFORD, J.   Affirmed.

(119 So. 919)

**Lee BEVERLY v. STATE.   (6 Div. 400.)**

Court of Appeals of Alabama.   Jan. 8, 1929.

SAMFORD, J.   Affirmed.

(121 So. 926)

**William (alias Young) BEVILLE and Frank Taylor v. STATE.   (2 Div. 428.)**

Court of Appeals of Alabama.   March 21, 1929.

BRICKEN, P. J.   Appeal dismissed on motion of appellants.

(127 So. 917)

**Arlis BLACK v. STATE.**
**8 Div. 792.**

Court of Appeals of Alabama.
March 25, 1930.

Motion to Reinstate Overruled April 15, 1930.

RICE, J.
Appeal dismissed.

(123 So. 923)

**Houston BLACK v. STATE.   (8 Div. 829.)**

Court of Appeals of Alabama.   June 18, 1929.

RICE, J.   Affirmed.

(128 So. 913)

**Ernest BLACKBURN v. STATE.**
**7 Div. 638.**

Court of Appeals of Alabama.
June 10, 1930.

SAMFORD, J.
Appeal dismissed.

(119 So. 919)

**Jim BLANKENSHIP v. STATE.**
**(6 Div. 313.)**

Court of Appeals of Alabama.   Dec. 11, 1928.

BRICKEN, P. J.   Appeal dismissed.